IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ERIN M. MERTENS<br><br>                       Plaintiff,<br><br>        vs.<br><br>APAC, INC.; APAC-KANSAS, INC., &<br>ASHLAND, INC.,<br><br>                       Defendants. | Case No. 07-1208-WEB |

**ORDER FOR INSPECTION AND REPRODUCTION
OF KANSAS HUMAN RIGHTS COMMISSION RECORDS**

NOW on this 12th day of October, 2007, this matter comes before the court upon the ordal motion of both parties for an order directed to the Kansas Human Rights Commission ("KHRC") for production of all records pertaining to complaints filed against defendant, APAC, INC.; APAC-KANSAS, INC., & ASHLAND, INC., by plaintiff **ERIN M. MERTENS**, year of birth **1975**, Social Security No. xxxx-xx-**0272**.

THEREUPON, after being fully and duly advised in the premises, the court finds that the documents which the parties seek appear to be relevant and discoverable and this court, therefore, orders that they be produced for inspection by the attorneys of record herein; subject, however, to the proviso that the Kansas Human Rights Commission, upon review of its file, may purge from its investigative files any documents which are considered to be deliberative or conciliatory in nature.

IT IS THEREFORE BY THE COURT CONSIDERED, ORDERED, ADJUDGED, AND DECREED that the Kansas Human Rights Commission should be and is hereby ordered to produce for inspection by the attorneys of record for the plaintiff and defendant, subject to the proviso set

forth in the preceding paragraph, all records involving complaints and investigations thereof filed by the above-named plaintiff against defendant, APAC, INC.; APAC-KANSAS, INC., & ASHLAND, INC. and the Kansas Human Rights Commission is ordered to allow copies of the same to be made at the expense of the party requesting such reproduction.

 IT IS BY THE COURT SO ORDERED.

               s/ DONALD W. BOSTWICK
               United States Magistrate Judge

s/ Sean M. Dwyer
LAW OFFICE OF SEAN M. DWYER
111 S. Whittier, Suite 5400
Wichita, KS 67207
Telephone: (316) 689-4268
Facsimile:  (316) 689-4299
*Attorneys for Plaintiff*

s/ Gaye B. Tibbets
Gaye B. Tibbets   #13240
HITE, FANNING & HONEYMAN L.L.P.
100 North Broadway, Suite 950
Wichita, KS 67202
Telephone: (316) 265-7741
Facsimile:  (316) 267-7803
*Attorneys for Defendant*